```
┌─────────────────────────────────┐
│      U.S. DISTRICT COURT        │
│  EASTERN DISTRICT OF LOUISIANA  │
│  ┌───────────────────────────┐  │
│  │                           │  │
│  │ FILED │  MAY 2 7 2011     │  │
│  │                           │  │
│  └───────────────────────────┘  │
│                                 │
│      LORETTA G. WHYTE           │
│           CLERK                 │
└─────────────────────────────────┘
```

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

No. 10-30973
USDC No. 2:04-CV-2037



---

GERALD STOVES,

Petitioner-Appellant

v.

JAMES L. LEBLANC, Warden,

Respondent-Appellee

---

Appeal from the United States District Court
for the Eastern District of Louisiana

---

O R D E R:

Gerald Stoves, Louisiana prisoner # 446754, seeks a certificate of appealability (COA) to appeal the district court's denial of his 28 U.S.C. § 2254 petition challenging his conviction for armed robbery, for which he was sentenced to 25 years in prison. He argues that (1) counsel was ineffective, (2) the evidence was insufficient to support his conviction, (3) the trial court erred in failing to strike a juror for cause, and (4) the trial court erred in admitting an inculpatory statement without prior notice.

A COA may be issued only if the petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). When a district court has rejected a constitutional claim on the merits, a COA will be granted only if the petitioner

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

No. 10-30973

"demonstrate[s] that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack*, 529 U.S. at 484. Where the district court dismisses a claim on a procedural ground, the petitioner must show, "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right, and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Id.* Stoves has not met these standards. Accordingly, his motion for a COA is DENIED.

/s/   CAROLYN DINEEN KING

———————————————————

CAROLYN DINEEN KING
UNITED STATES CIRCUIT JUDGE

2 6 MAY 2011

Clerk, U. S. Court of Appeals, Fifth Circuit

By_____

2

# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    MAY 2 7 2011

LORETTA G. WHYTE
CLERK

May 26, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

     No. 10-30973,  Gerald Stoves v. James LeBlanc
     USDC No. 2:04-CV-2037

Enclosed is a copy of the judgment issued as the mandate.

Exhibits are returned:

(  ) Volumes    (  ) Envelopes ( 1 ) Box

The electronic copy of the record has been recycled.

               Sincerely,

               LYLE W. CAYCE, Clerk

               *Dantrell Johnson*
           By: _____
           Dantrell L. Johnson, Deputy Clerk
           504-310-7689

cc w/encl:
     Mrs. Ellen Daigle Doskey
     Mr. Gerald Stoves

MDT-1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____